**ANTHONY P. CAPOZZI, CSBN: 068525**
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SALVADOR RAYMOND DELEON RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>SALVADOR RAYMOND DELEON RODRIGUEZ,<br><br>        Defendant. | Case No.: 1:13-CR-00085-LJO<br><br>DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE<br><br>Date: August 19, 2013<br>Time: 1:00 p.m.<br>Courtroom: 7 |

Defendant, SALVADOR RAYMOND DELEON RODRIGUEZ, hereby waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if

the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in their absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED: 7/30/2013              /s/ Sal Rodriguez
                              SALVADOR RAYMOND DELEON
                              RODRIGUEZ


                              Respectfully submitted,


Dated: July 24, 2013          /s/ANTHONY P. CAPOZZI
                              Anthony P. Capozzi
                              Attorney for, SALVADOR
                              RAYMOND DELEON RODRIGUEZ


**ORDER**


IT IS SO ORDERED.

  Dated: **July 30, 2013**             **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE