ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SALVADOR RAYMOND DELEON RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00085 LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND AMENDED |
|  | ) ORDER TO CONTINUE SENTENCING |
| SALVADOR RAYMOND DELEON RODRIGUEZ, | ) |
|  | ) Date: March 31, 2014 |
|  | ) Time:  8:30 a.m. |
| Defendant. | ) Hon. Lawrence J. O'Neill |

Defendant, SALVADOR RAYMOND DELEON RODRIGUEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 31, 2014, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **May 5, 2014, at 8:30 a.m.**

    3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on December 23, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by May 5, 2014, the required investigations and discovery will be completed.

    b. The parties request that Informal Objections be filed on April 7, 2014, and Formal Objections be filed on April 21, 2014.

    c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: March 27, 2014    */s/Kimberly A. Sanchez*
    KIMBERLY A. SANCHEZ
    Attorney for United States

DATED: March 27, 2014    */s/Anthony P. Capozzi*
    ANTHONY P. CAPOZZI
    Attorney for Defendant
    SALVADOR RAYMOND DELEON RODRIGUEZ

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**T**he sentencing currently scheduled for March 31, 2014, at 8:30 a.m. is continued to **May 5, 2014, at 8:30 a.m.. There will be no informal objections, since the PSR has already been prepared, and to now allow Informal objections puts undue burden on Probation to have to redo the report.** **T**he Formal Objections are due on April 21, 2014.

IT IS SO ORDERED.

Dated:   **March 27, 2014**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE