ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SALVADOR RAYMOND DELEON RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00085 LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| SALVADOR RAYMOND DELEON RODRIGUEZ, | |
| | Date: May 5, 2014 |
| | Time:  8:30 a.m. |
| Defendant. | Hon. Lawrence J. O'Neill |

Defendant, SALVADOR RAYMOND DELEON RODRIGUEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 5, 2014, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **August 11, 2014, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on December 23, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by July 28, 2014.

    b. The parties request that Informal Objections be filed on July 14, 2014, and Formal Objections be filed on July 28, 2014.

    c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: May 1, 2014        */s/Kimberly A. Sanchez*
                                  KIMBERLY A. SANCHEZ
                                  Attorney for United States

DATED: May 1, 2014        */s/Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant
                                  SALVADOR RAYMOND DELEON RODRIGUEZ

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for May 5, 2014, at 8:30 a.m. is continued to **August 11, 2014, at 8:30 a.m.** and the Informal Objections are due on July 14, 2014, and the Formal Objections are due on July 28, 2014.

IT IS SO ORDERED.

Dated:   **May 1, 2014**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE