HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SALVADOR RAYMOND DELEON RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR RAYMOND DELEON RODRIGUEZ,<br><br>　　　　　Defendant. | No.  Cr. F 13-085 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, SALVADOR RAYMOND DELEON RODRIGUEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On August 11, 2014, this Court sentenced Mr. Rodriguez to a term of 102 months imprisonment;

3.  His total offense level was 32, his criminal history category was II, and the resulting guideline range was 135-168 months. He received a reduction pursuant to a government motion;

4.  The sentencing range applicable to Mr. Rodriguez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.  Mr. Rodriguez' total offense level has been reduced from 32 to 30, and his amended guideline range is 108-135 months. A reduction comparable to the one received at the initial sentencing produces a term of 82 months;

6.  Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez' term of imprisonment to a total term of 82 months.

Respectfully submitted,

Dated:  June 4, 2015                                  Dated:   June 4, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                              Federal Defender

 /s/ *Kathleen A. Servatius*                         /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                     DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA            SALVADOR RAYMOND DELEON
                                                                  RODRIGUEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit Amendment 782, which reduces the total offense level from 32 to 30, resulting in an amended guideline range of 108-135 months. A reduction comparable to one received at the initial sentencing produces a term of 82 months; and,

1    IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2014 is
2    reduced to a term of 82 months.
3    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
4    remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
5    reduction in sentence, and shall serve certified copies of the amended judgment on the United
6    States Bureau of Prisons and the United States Probation Office.
7    Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation
8    Office within seventy-two hours after his release.
9    IT IS SO ORDERED.

Dated:   **June 4, 2015**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE